IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOSEPH CUSTER, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1903 |
| | : | |
| JASON GREEN, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 1st day of December, 2023, upon consideration of Plaintiff Anthony Joseph Custer's *pro se* Amended Complaint (ECF No. 8) and his Motion to Amend (ECF No. 9), it is **ORDERED** that:

1. The Motion to Amend is **GRANTED**.

2. All constitutional claims in the Amended Complaint are **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. All state law claims in the Amended Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**