# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOSEPH CUSTER, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1903 |
| | : | |
| JASON GREEN, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 5th day of March, 2024, upon consideration of Plaintiff Anthony Joseph Custer's *pro se* Motion for Reconsideration (ECF No. 12), it is **ORDERED** that:

1. The Motion for Reconsideration is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

2. This case shall remain **CLOSED**.

                                                **BY THE COURT:**

                                                */s/ Gerald J. Pappert*
                                                **GERALD J. PAPPERT, J.**